UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LORRAINE M. PADAVAN,**

    **Plaintiff**,

v.

**LINDA L. NAUGLE**, individually, and as Trustee of the Leonard J. Padavan and Linda L. Naugle Revocable Trust**,**

    **Defendant**.
_____/

Case No. 3:25cv34-TKW-HTC

## **ORDER**

Upon review of Defendant's motion to stay (Doc. 37) and Plaintiff's response in opposition (Doc. 41), the Court finds that an evidentiary hearing is needed to rule on the motion. Accordingly, it is

**ORDERED** that an evidentiary hearing will be held on Defendant's motion to stay on June 12, 2025, at 9:00 a.m. central time, in Courtroom 4 North, at the United States Courthouse, 1 North Palafox Street, Pensacola, Florida. This is an in-person hearing and the parties, counsel, and any witnesses may not appear virtually.

**DONE and ORDERED** this 27th day of May, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**