# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**LORRAINE M. PADAVAN,**

    **Plaintiff**,

v.

                                                **Case No. 3:25cv34-TKW-HTC**

**LINDA L. NAUGLE**, individually,
and as Trustee of the Leonard J.
Padavan and Linda L. Naugle
Revocable Trust**,**

    **Defendant**.

_____/

## ORDER TO SHOW CAUSE

An issue came to the Court's attention after this morning's hearing that warrants a response.

The Court had another hearing in the courtroom immediately after the hearing on Defendant's motion to stay. An Assistant United States Attorney at that hearing, who was sitting in the chair where Plaintiff was sitting during this morning's hearing, got gum on her skirt when she brushed against the underside of counsel's table. The gum was stuck to the underside of the table and was still fresh.[1]

---

[1] A picture of what remained of the gum under the table after the incident is on page 3 of this Order.

The Court does not recall whether Plaintiff or her counsel was chewing gum during this morning's hearing, but the gum had to have been placed under the table at that hearing because it was fresh and there had not been any other hearings in that courtroom since Tuesday. The Court finds it highly unlikely that Plaintiff's counsel was chewing gum during this morning's hearing or that he would have stuck chewed gum under the table, so it seems likely that it was Plaintiff who stuck the gum under the table.

Putting aside how disgusting it is to stick chewed gum to the underside of a table, that act shows a contempt for the Court and court facilities that may warrant sanctions—or at least an apology to the Court and the attorney who got the gum stuck to her skirt. Accordingly, it is

**ORDERED** that on or before noon on Monday, June 16, 2025, Plaintiff shall file a notice identifying who stuck the chewed gum under the table and show cause why the Court should not impose appropriate sanctions on the person who did so.

**DONE and ORDERED** this 12th day of June, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**

